# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2506
_____

United States of America

*Plaintiff - Appellee*

v.

Darron Van Hill

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: April 1, 2020
Filed: April 6, 2020
[Unpublished]
_____

Before GRUENDER, BEAM, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Darron Van Hill appeals after he conditionally pleaded guilty to a firearms offense, and the district court[1] imposed a 24-month prison sentence. His counsel has

_____

[1] The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the district court's denial of a motion to suppress. Upon careful review, we conclude that the district court properly denied the motion. *See United States v. Donnelly*, 475 F.3d 946, 951 (8th Cir. 2007) (standard of review); *see also United States v. Shackleford*, 830 F.3d 751, 753 (8th Cir. 2016) (stating that probable cause to believe that an automobile contains contraband or evidence of criminal activity justifies the warrantless search of the automobile and seizure of the contraband).

Finally, having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80 (1988), we find no non-frivolous issues. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____